UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO PURECO,<br>  Petitioner,<br>    v.<br>ICE,<br>  Respondent. | Case No. 19-04104 EJD (PR)<br>**ORDER OF DISMISSAL** |

On July 15, 2019, Petitioner, a California prisoner, filed a document entitled "petition for writ of habeas corpus that may be file with merits." (Docket No. 1.)[1] The Court construed the letter as an attempt to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the Clerk notified Petitioner that in addition to filing a petition on the Court's form, (Docket No. 2), he needed to either pay the filing fee or file a complete application for leave to proceed in forma pauperis ("IFP") within twenty-eight days from the date of the notice to avoid dismissal. (Docket No. 3.) The deadline has passed, and Petitioner has failed to respond. Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

---

[1] Petitioner's case was reassigned to this Court on August 15, 2019, pursuant to Williams v. King, 875 F.3d 500, 503 (9th Cir. 2017). (Docket Nos. 6, 7.)

**IT IS SO ORDERED.**

Dated: 8/29/2019

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\HC.19\04104Pureco_dism-ifp.docx

2